# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:99cr30-02/RV

ELIJAH WILLIE DIAL

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on __March 1, 2007__
Motion/Pleadings: __MOTION for clarification__
Filed by __Defendant__      on _01/24/2007_     Doc.# ___302___
RESPONSES:
_None_                       on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_____
LC (1 OR 2)           _s/Jerry Marbut_
                   Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* ___1st___ *day of* ___March___*, 2007, that:*

*(a) The relief requested is DENIED.*

*(b) See the Government's previously-filed response (doc. 290).*

_____

_____

/s/ *Roger Vinson*
_____
               **ROGER VINSON**
        **Senior United States District Judge**