IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    3:99cr30/RV
                                          3:12cv294/RV/CJK

ELIJAH WILLIE DIAL

## REPORT AND RECOMMENDATION

This cause is before the court on referral from the clerk. Defendant filed an amended motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255. (Doc. 403). On August 14, 2012 defendant was ordered to submit one service copy of his motion, or payment in the amount of $6.00 to cover the cost of copying his 12 page motion, within thirty (30) days. (Doc. 405). This order was returned as undeliverable and marked "RTS." The clerk was instructed to re-send a copy of the order to defendant's correct address, which the clerk ascertained through the Bureau of Prisons website. (Doc. 406). After receiving no response from defendant, the court entered an order to show cause for his failure to comply. (Doc. 407). To date, defendant has failed to respond or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

That defendant's amended motion to vacate, set aside, or correct sentence (doc. 403) be denied and that this case be dismissed without prejudice.

At Pensacola, Florida, this 8th day of November, 2012.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).