IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.   3:99cr30/RV
                3:12cv294/RV/CJK

ELIJAH WILLIE DIAL

_____

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 8, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's amended motion to vacate, set aside, or correct sentence (doc. 403) is DENIED and this case is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED this 14th day of December, 2012.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE